**Dismissed and Opinion Filed November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00790-CV

## ARTHUR BROWN AND/OR ALL OCCUPANTS AND CONSTANCE BROWN, Appellants
### V.
## FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-01077-2013**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Schenck
Opinion by Justice Francis

On July 30, 2015, this Court reinstated the above cause after it had been abated for bankruptcy proceedings. By postcard dated August 11, 2015, we notified appellants that the $175 filing fee was due. We directed appellants to remit the filing fee within ten days and cautioned that failure to do so would result in dismissal of the appeal. To date, appellants have not paid the filing fee.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 42.3(b)(c).

130790F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARTHUR BROWN AND/OR ALL
OCCUPANTS AND CONSTANCE
BROWN, Appellants

No. 05-13-00790-CV       V.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, Appellee

On Appeal from the County Court at Law
No. 1, Collin County, Texas
Trial Court Cause No. 001-01077-2013.
Opinion delivered by Justice Francis;
Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee FEDERAL HOME LOAN MORTGAGE CORPORATION recover their costs, if any, of this appeal from appellants ARTHUR BROWN AND/OR ALL OCCUPANTS AND CONSTANCE BROWN.

Judgment entered November 4, 2015.